IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CASEY JONES, Individually and )
as Personal Representative of )
the ESTATE OF JENNIFER JONES, )
Deceased, and SARAH HATCH,    )
                              )
          Plaintiffs,         )        7:15CV5004
                              )
     v.                       )
                              )
WERNER ENTERPRISES, INC.,     )        ORDER
DRIVERS MANAGEMENT, LLC, and  )
PETER MARTELL,                )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the motion for dismissal with prejudice (Filing No. 23). The Court notes the parties have settled the matter and the agreement has been approved by the probate court. Accordingly,

IT IS ORDERED that the motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 7th day of March, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court